

Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

June 26, 2026

**MEMO ENDORSED**

**VIA ECF**
Hon. Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    Judith Adela Lopez v. Project Bound Inc.
               Case No. 1:26-cv-01598-KPF

Dear Judge Failla:

We are counsel for Defendant in the above-captioned matter. We write with the consent of Plaintiff's counsel Jeffrey Gottlieb to request an adjournment of the initial conference currently scheduled for July 10, 2026, at 2:00 pm, as well as the parties' obligations to file a joint letter by July 3, 2026 (Dkt. No. 6). The parties request that the conference be rescheduled for a date convenient to the Court on or after August 3, 2026, and that the joint letter be due one week prior to the new conference date. The basis for this request is that we are still assessing the case and, as the Court will recall, we were recently granted until July 20, 2026, to respond to the Complaint (Dkt. No. 14). This is the first request for this relief. Please note that I will be on vacation out of the country July 20 to August 1, which is why I ask that the conference be adjourned into the following month. Thank you for your attention to this matter.

           Respectfully,

           */s/ Peter T. Shapiro*

           Peter T. Shapiro of
           LEWIS BRISBOIS BISGAARD &
           SMITH LLP

Cc: All counsel of record (via ECF)

Application GRANTED.  The initial pretrial conference previously scheduled for July 10, 2026, is hereby ADJOURNED to **August 20, 2026,** at **10:30 a.m.**  The parties' proposed case management plan and joint letter are due the Thursday of the week prior.  (*See* Dkt. #6 (notice of initial pretrial conference)).  As before, the conference will be telephonic.  At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

Dated:    June 30, 2026 New
          York, New York

SO ORDERED.


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE