LEWIS BRISBOIS®

Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

August 11, 2026

**MEMO ENDORSED**

**VIA ECF**
Hon. Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: Judith Adela Lopez v. Project Bound Inc.
Case No. 1:26-cv-01598-KPF

Dear Judge Failla:

We are counsel for Defendant in the above-captioned matter. We write with the consent of Plaintiff's counsel Jeffrey Gottlieb to request an adjournment of the initial conference currently scheduled for August 20, 2026, at 10:30 am, as well as the parties' obligations to file a joint letter by August 13, 2026 (Dkt. No. 16). This is the parties' second request. The parties' first request for an adjournment of the initial conference was granted by the Court. The parties request that the conference be rescheduled for a date convenient to the Court on or after September 8, 2026, and that the joint letter be due one week prior to the new conference date. The basis for this request is that I am scheduled to undergo surgery tomorrow and will require a recovery period over the coming weeks. I would be able to appear for a court conference as of September. Thank you for your attention to this matter.

Respectfully,

*/s/ Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

Cc: All counsel of record (via ECF)

Application GRANTED. The initial pretrial conference previously scheduled for August 20, 2026, is hereby ADJOURNED to **September 10, 2026**, at **12:00 p.m.** The parties' proposed case management plan and joint letter are due the Thursday of the week prior. (*See* Dkt. #6 (notice of initial pretrial conference)). As before, the conference will be telephonic. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 19.

Dated: August 12, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE